In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-07-00158-CR


______________________________




GERALD EDWIN WILLIAMS, SR., Appellant



V.



THE STATE OF TEXAS, Appellee




 


On Appeal from the 159th Judicial District Court


 Angelina County, Texas


Trial Court No. CR-26520




 




Before Morriss, C.J., Carter and Moseley, JJ.


Memorandum Opinion by Chief Justice Morriss



MEMORANDUM OPINION



 Gerald Edwin Williams, Sr., was convicted September 11, 2007, by the trial court of two
counts of aggravated sexual assault of a child. He was sentenced to twelve years' imprisonment on
each count, to run concurrently. We affirmed the trial court's conviction and sentence in an opinion
issued June 10, 2008. Our mandate has not yet issued.

 This Court has now been informed that Williams has died. 

 The death of an appellant during the pendency of his or her appeal deprives this Court of
jurisdiction. Tex. R. App. P. 7.1(a)(2); Whitmire v. State, 943 S.W.2d 894 (Tex. Crim. App. 1997);
Rheinlander v. State, 918 S.W.2d 527, 528 (Tex. Crim. App. 1996). Accordingly, we withdraw our
opinion and permanently abate this appeal. See Ryan v. State, 891 S.W.2d 275 (Tex. Crim. App.
1994).



 Josh R. Morriss, III

 Chief Justice

 

Date Submitted: June 17, 2008

Date Decided: June 18, 2008


Do Not Publish



Before Morriss, C.J., Ross and Carter, JJ.
Memorandum Opinion by Chief Justice Morriss


MEMORANDUM OPINION

            Appellant, Brian R. DeHart, has filed with this Court a motion to dismiss his appeal. The
motion is signed by DeHart and his counsel in compliance with Tex. R. App. P. 42.2(a). As
authorized by Rule 42.2, we grant his motion. See Tex. R. App. P. 42.2.
            Accordingly, we dismiss his appeal.

                                                                                    Josh R. Morriss, III
                                                                                    Chief Justice

Date Submitted:          August 22, 2005
Date Decided:             August 23, 2005

Do Not Publish